# United States District Court

Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

ALAN DAVID McCORMACK,

        Petitioner,

   v.                              Case No. 04-C-1095

JODINE DEPPISCH,

        Respondent.

[X] **Decision by Court**. This action came for consideration before the Court.

**IT IS ORDERED AND ADJUDGED**
that the petition for a writ of habeas corpus and this action is **DISMISSED** with prejudice.

Jon W. Sanfilippo, Clerk of Court
EASTERN DISTRICT OF WISCONSIN

Date: May 31, 2007      (By)  Deputy Clerk, s/C. Quinn

Approved this 31st day of May, 2007.

s/AARON E. GOODSTEIN
United States Magistrate Judge